ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Harry Pepper and Associates, Inc. | ) ASBCA Nos. 62038, 62041 |
| | ) |
| Under Contract No. NNS14AA30T | ) |

APPEARANCES FOR THE APPELLANT:          David W. Mockbee, Esq.
                                        D. Wesley Mockbee, Esq.
                                        Judson R. Jones, Esq.
                                          Mockbee, Hall & Drake, P.A.
                                          Jackson, MS


APPEARANCES FOR THE GOVERNMENT:     Scott W. Barber, Esq.
                                      NASA Chief Trial Attorney
                                    Jeffrey A. Renshaw, Esq.
                                    Shannon A. Sharkey, Esq.
                                    Jennifer L. Rawls, Esq.
                                      Trial Attorneys
                                      Stennis Space Center, MS

OPINION BY ADMINISTRATIVE JUDGE O'CONNELL

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' settlement agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,367,359. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: January 14, 2022

_____
Michael N. O'Connell
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 62038, 62041, Appeals of
Harry Pepper and Associates, Inc., rendered in conformance with the Board's Charter.

Dated:  January 14, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2